UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | |
|---|---|
| WARREN BRYANT, II. | CIVIL ACTION NO. 15-2911-P |
| VERSUS | JUDGE FOOTE |
| STEVE PRATOR, ET AL. | MAGISTRATE JUDGE HORNSBY |

J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, including written objections filed by Plaintiff, and determining that the findings are correct under the applicable law;

**IT IS ORDERED** that Plaintiff's civil rights complaint is **DISMISSED WITH PREJUDICE** as frivolous under 28 U.S.C. § 1915A(b)(1).

**THUS DONE AND SIGNED**, in chambers, in Shreveport, Louisiana, on this 27th day of September, 2016.

ELIZABETH ERNY FOOTE
UNITED STATES DISTRICT JUDGE